JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROLAND ASHBY, ) <br> ) <br> Respondent. ) <br> ) | NO. CV-09-00631 WHA <br><br> APPLICATION TO CONTINUE ORDER TO SHOW CAUSE RE: CONTEMPT AND [PROPOSED] ORDER THEREON |

Respondent Roland Ashby recently suffered a serious medical problem which necessitates he be allowed a reasonable period of time to recover his health without the additional stress of an appearance at a Court hearing. Accordingly, the United States requests that the Order To Show Cause Re: Contempt Hearing scheduled for November 12, 2009, be continued to February 18, 2010 at 11:00 a.m., before United States District Court Judge William Alsup, Courtroom No. 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ THOMAS MOORE
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
Attorneys for Petitioners

PURSUANT TO APPLICATION, IT IS SO ORDERED.

Dated: November 6, 2009

UNITED STATES DISTRICT JUDGE